JOHN F. BRADY, ESQ., State Bar #63900
GEVA BAUMER, ESQ., State Bar # 220046
John F. Brady & Associates APLC
1010 Second Avenue, Suite 1020
San Diego, California 92101
Tel: (619) 544-9111 Fax: (619) 525-1762

Attorney for Plaintiff Alan R. Ulvila

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN R. ULVILA, an individual, ) | ACTION NO. 04-CV 1268 BTM (JMA) |
| ) | |
| Plaintiff, ) | ORDER FOR DISMISSAL OF |
| ) | ACTION WITH PREJUDICE |
| vs. ) | AGAINST DEFENDANT TIMOTHY |
| ) | BRYSON |
| LADDIE BUCK STEFFENS (AKA L. BUCK ) | |
| STEFFENS AND/OR BUCK STEFFENS), ) | |
| individually; DONNA M. STEFFENS, ) | |
| individually; EMPIRE EQUITY GROUP, INC,. ) | |
| d.b.a. 1ST METROPOLITAN MORTGAGE d.b.a. ) | |
| 1ST METRO d.b.a. FIRST METRO; OLD ) | |
| REPUBLIC TITLE COMPANY; TIMOTHY ) | |
| BRYSON, individual; and DOES 1 through 100, ) | |
| inclusive. ) | |
| ) | |
| Defendants ) | |
| ) | |

Having considered the parties Stipulation IT IS HEREBY ORDERED that the above-captioned action against the defendant Timothy Bryson only is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

SO ORDERED AND ADJUDGED this the 14th day of May, 2007

                                              *Barry Ted Moskowitz*
                                              JUDGE OF THE DISTRICT COURT

1

ACTION NO. 04-CV 1268 BTM - DISMISSAL ORDER